# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:  Carla Davis | ) |
| | ) Case No:  19 B 14210 |
| | ) Judge:  Cassling |
| | ) Chapter  13 |
| **Debtor** | ) |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the Amended Chapter 13 Plan filed on September 10, 2019 was mailed to the below persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail in Chicago, IL 60606, and electronically, on September 10, 2019.

Carla Davis
9120 S. Dauphin, Apt#3W
Grand Crossing, IL 60619
(via regular mail)

Tom Vaughn
55 E. Monroe Street, Ste. 3850
Chicago, IL 60603
(via ECF)

All creditors listed on the attached service list
(via regular mail)


_____/s/ Angelica Harb___
Angelica Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-14210<br>Northern District of Illinois<br>Eastern Division<br>Tue Sep 10 16:05:05 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quantum3 Group LLC<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Acceptance Now<br>Attn: Acceptancenow Customer Service / B<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| Arnold Scott Harris<br>111 W Jackson Blvd, Suite 600<br>Chicago, IL 60604-3517 | (p)BROTHER LOAN AND FINANCE COMPANY<br>7621 W 63RD ST<br>SUMMIT IL 60501-1811 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| CarMax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160-9511 | CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144-5942 | Cbcs<br>Po Box 275<br>Columbus, OH 43216-0275 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>121 N. Lasalle<br>Chicago, IL 60602-1242 |
| Comed<br>3 Lincoln Center<br>Villa Park, IL 60181-4204 | Comenity Bank/Carsons<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitybank/New York<br>Attn: Bankruptcy<br>Po Box 18215<br>Columbus, OH 43218 |
| Consumer Portfolio Services<br>P. O. Box 57071<br>Irvine, CA 92619-7071 | Consumer Portfolio Svc<br>Attn: Bankruptcy<br>Po Box 57071<br>Irvine, CA 92619-7071 | Cornerstone/American Education Services<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 |
| Credence Resource Management<br>17000 Dallas Parkway<br>Suite 204<br>Dallas, TX 75248-1940 | Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrollton, TX 75011-8288 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Illinois Tollway<br>POB 5544<br>Chicago, IL 60680-5491 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Mb Financial Bank<br>800 W Madison St<br>Chicago, IL 60607-2683 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 |

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Money Messiah
40 E. Main St
Newark, DE 19711-4639

Money Messiah
P.O Box 1329 Kahnawake QC J0L 1B0

Navient
Attn: Bankruptcy
Po Box 9000
Wiles-Barr, PA 18773-9000

Navient Solutions, LLC on behalf of
Educational Credit Management
Corporation
PO BOX 16408
St. Paul, MN 55116-0408

Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590-1489

PEOPLES GAS LIGHT & COKE COMPANY
200 EAST RANDOLPH STREET
CHICAGO, ILLINOIS 60601-6433

PRESTIGE FINANCIAL SERVICES
PO BOX 26707
SALT LAKE CITY, UT 84126-0707

People's Gas
200 E Randolph St
Chicago, IL 60601-6302

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541-1021

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Prestige Financial Svc
Attn: Bankruptcy
351 W Opportunity Way
Draper, UT 84020-1399

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Receivables Performance Mgmt
Attn: Bankruptcy
Po Box 1548
Lynnwood, WA 98046-1548

Speedy Cash
4800 W Addison S
Chicago, IL 60641-3562

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Lowes
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

WDP Management
9120 S. Dauphin
Chicago, IL 60619-7621

Angelica Harb
Hinds Law LLC
211 W Wacker Dr Suite 321
Chicago, IL 60606-1217

Carla Davis
9120 S. Dauphin
Chicago, IL 60619-7621

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Brother Loan Finance
7621 W 63rd St
Summit Argo, IL 60501

Portfolio Recovery Associates, LLC
c/o Tjx
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CREDIT ACCEPTANCE CORPORATION | (u)Justovia Crockett<br>MI | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients     2<br>Total                  55 |